# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIATEK LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:21-cv-01113-MN |
| v. | |
| **CURIOSITYSTREAM INC.,** | TRIAL BY JURY DEMANDED |
| Defendant. | |

## JOINT MOTION TO DISMISS

Plaintiff and Defendant, through their attorneys of record, jointly stipulate to dismiss the above-captioned case, Case No. 1:21-cv-01113-MN, with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: February 18, 2022

ASHBY & GEDDES

*/s/ Steven J. Balick*
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com


OF COUNSEL:
Shamita Etienne-Cummings
David M. Tennant
Jacob Rothenberg
Allen & Overy LLP
1101 New York Avenue, NW

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

Cortney S. Alexander
cortneyalexander@kentrisley.com
Tel: (404) 855-3867
Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Washington, D.C. 20005  
(202) 683-3800

Attorneys for Plaintiff

Grace Wang  
Allen & Overy LLP  
1221 Avenue of the Americas  
New York, NY 10020  
(212) 610-6300

ATTORNEYS FOR DEFENDANT

SO ORDERED this _____ day of February, 2022.

_____  
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on February 18, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                               */s/ Jimmy Chong*  
                                               Jimmy Chong (#4839)